184 So. 922

**Will (alias Willie) TUCKER v. STATE.**

8 Div. 728.

Court of Appeals of Alabama.
Nov. 1, 1938.

690

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.